Appeal of Abraham H. Patek, Appellant.
Clara Young, Appellee, v. Frederick A. Smith et al.,
Appellant.

Gen. No. 42,234.

opinion filed
December 21, 1942. A. H. Patek, *pro se;* Laurence M. Fine, of counsel; Maurice L. Cowen, for appellee; Bernard L. Goldstein and Barnet Perel, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''

Meyer Saffron, Appellant, v. Young Men's Christian Association of Chicago, Appellee.

Gen. No. 42,207.

opinion filed December 21, 1942. Russell J. Topper and Golden & Golden, for appellant; Russell J. Topper, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellee; William H. Symmes, David Jacker and Thomas F. Scully, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''